61 A.3d 149

IN THE MATTER OF CINZIA CIOFFI, AN ATTORNEY
AT LAW (ATTORNEY NO. 020812001).

March 8, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–137, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent) that **CINZIA CIOFFI** of **LAWRENCEVILLE,** who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 1.16(a)(2) (failure to withdraw from representation), *RPC* 1.16(d) (failure to protect client's interests on termination of the representation), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **CINZIA CIOFFI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.